IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MATTHEW GIBBS                                                                                    PETITIONER

VERSUS                                                           CIVIL ACTION NO.  1:13cv526 KS-MTP

CHRISTOPHER EPPS, ET AL                                                              RESPONDENT

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on May 16, 2014, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed with prejudice as to defendants Christopher Epps, Ron King, Mike Hatten and Gloria Perry only.  The case shall proceed against defendants Dr. Ron Woodall and Johnnie Denmark only.  A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 12th day of June, 2014.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE