IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MATTHEW GIBBS                                                                                          PETITIONER

VERSUS                                                                     CIVIL ACTION NO.  1:13cv526 KS-MTP

CHRISTOPHER EPPS, ET AL                                                                         RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered herein on May 16, 2014, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court, finds that this matter should be **dismissed** with prejudice as to defendants Christopher Epps, Ron King, Mike Hatten and Gloria Perry only.  The case shall proceed against defendants Dr. Ron Woodall and Johnnie Denmark only.

**The plaintiff is hereby notified that, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, he has the right to appeal this Order to the United States Court of Appeals for the Fifth Circuit within thirty (30) days of the entry of the final judgment in this matter.**

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same hereby is, **dismissed** with prejudice as to defendants Christopher Epps, Ron King, Mike Hatten and Gloria Perry only.  The case shall proceed against defendants Dr. Ron Woodall and Johnnie Denmark only.

SO ORDERED AND ADJUDGED this the 12th day of June, 2014.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE